UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60157-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ANGEL GABRIEL GONZALEZ,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON CHANGE OF PLEA [ECF NO. 35]**

THIS CAUSE came before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation on Change of Plea, entered on January 8, 2026 [ECF No. 35]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 35] is AFFIRMED AND ADOPTED**. Defendant, Angel Gabriel Gonzalez's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 13th day of January, 2026.

                                                                                                            _____
cc: counsel of record                               **MELISSA DAMIAN**
    Magistrate Judge Alicia O. Valle       **UNITED STATES DISTRICT JUDGE**